UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXUS DISPLAY TECHNOLOGIES LLC, <br> Plaintiff, <br> v. <br> DELL INC., <br> Defendant. | Case No. 15-mc-80241-KAW <br><br> ORDER REGARDING UNUSABLE CHAMBERS COPIES |

PLEASE TAKE NOTICE that the chambers copy of Dell, Inc.'s motion to compel, supporting declaration and attached exhibits were submitted in a format that is not usable by the court.

The chambers copy is not usable because it

☐ consists of a stack of loose paper wrapped with a rubber band;

☐ consists of a stack of loose paper fastened with a binder clip or a paper clip;

☐ is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;

☐ has no tabs for the voluminous exhibits;

☐ includes exhibits that are illegible;

☐ includes exhibits that are unreadable because the print is too small;

☐ includes text and/or footnotes in a font smaller than 12 point;

☐ includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or

☒ is not usable for another reason –  does not identify, by highlighting, which excerpts are under seal.

1    The paper used for the above-described chambers copy has been recycled by the court.
2    Defendant shall submit a chambers copy in a format that is usable by the court no later than
3    October 9, 2015.

4    IT IS SO ORDERED.

5    Dated:

_____
KANDIS A. WESTMORE
United States Magistrate Judge